

# United States District Court
# Eastern District of California

| VANCE SHANNON | Case Number: 2:22-CV-01022-WBS-DB |
|---|---|

Plaintiff(s)

V.

| PYRGOS COMMUNICATIONS INC., ET AL., |
|---|

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, T. Burns Marlow hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Pyrgos Communications Inc., a Georgia Corporation; and Michael Graham, an individual;

On 05/14/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/22/2022            Signature of Applicant: /s/ T. Burns Marlow

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | T. Burns Marlow |
| Law Firm Name: | Smith Gilliam William & Miles, P.A. |
| Address: | 340 Jesse Jewell Parkway |
| | Suite 300 |
| City: | Gainesville    State: GA    Zip: 30503 |
| Phone Number w/Area Code: | (770) 536-3381 |
| City and State of Residence: | Gainesville, Georgia |
| Primary E-mail Address: | bmarlow@sgwmfirm.com |
| Secondary E-mail Address: | jballard@sgwmfirm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ryan A. Lewis |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | Three Embarcadero Center, Suite 800 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 477-5719    Bar #: 307253 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2022

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE