**BRIAN R. KATZ**
**California State Bar No. 88895**
Attorney at Law
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Telephone: 916-933-5266
Facsimile:  916-933-7866
e-mail: brian@katzbusinesslaw.com

Attorney for: Vance Shannon

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VANCE SHANNON,<br><br>            Plaintiff,<br><br>   -- vs. --<br><br>PYRGOS COMMUNICATIONS INC., A Georgia Corporation, MICHAEL GRAHAM, an Individual,<br><br>            Defendants. | **CASE NO.: 2:22-CV-01022-WBS-DB**<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER**<br><br>**[FRCP RULE 41]** |

Plaintiff VANCE SHANNON, through his counsel BRIAN R. KATZ, Esq., and Defendants PYRGOS COMMUNICATIONS, INC., and MICHAEL GRAHAM, through their counsel RYAN A. LEWIS, Esq., of Troutman Pepper, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that this matter be dismissed with prejudice, each party to bear his/her/its own costs and attorney's fees.

Dated:  March 16, 2024

**BRIAN R. KATZ, ESQ.**

/s/ Brian R. Katz
_____
Brian R. Katz, Esq.

California State Bar No. 88895
8780 Auburn Folsom Road, Suite 5
Granite Bay, CA 95746
Attorney for Plaintiff Vance Shannon

Dated:  March 16, 2024

**RYAN A. LEWIS, ESQ.**
Troutman Pepper

/s/ Ryan A. Lewis
_____
RYAN A. LEWIS, ESQ.,
Troutman Pepper
Attorney for Defendants
PYRGOS COMMUNICATIONS, INC., and
MICHAEL GRAHAM

## ORDER

The parties having stipulated to the Dismissal of this action, IT IS HEREBY ORDERED that this action is Dismissed with prejudice.

Dated:  March 19, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE